**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

EQUITY TRUST COMPANY, et al.,                      Case No. 17-12275

                    Plaintiffs,                    Honorable George C. Steeh

v

TIMOTHY JAMES KOPACKA, et al.,

                    Defendants.
_____/

| | |
|---|---|
| Daniel J. Broxup (P72868) | Raymond W. Henney (P35860) |
| Kimberly M. Large (P70698) | Adam M. Wenner (P75309) |
| Mika Meyers PLC | Honigman Miller Schwartz and Cohn LLP |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| 900 Monroe Avenue, NW | 2290 First National Building |
| Grand Rapids, MI 49503 | 660 Woodward Avenue |
| (616) 632-8000 | Detroit, Michigan 48226 |
| dbroxup@mikameyers.com | (313) 465-7410 |
| klarge@mikameyers.com | rhenney@honigman.com |
| | awenner@honigman.com |

_____/

# STIPULATED ORDER FOR EXTENSION OF TIME
# FOR PLAINTIFFS' RESPONSE BRIEF

The undersigned parties hereby stipulate that Plaintiffs may have an extension of time to file their response brief to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") in excess of the time limitation set forth in Local Rule 7.1(e)(1)(B).

This case is a complex commercial action, with numerous federal and state law claims. The First Amended Complaint includes eight counts. Defendants' Motion is a dispositive motion supported by a Brief that is 32 pages long, and includes multiple exhibits of hundreds of pages. Due to the complex nature of this litigation, the parties believe that in addition to the slightly extended page limitations previously approved by this Court, that the issues may be more

thoroughly addressed in the Response Brief to the Motion if an extension of time is provided to Plaintiffs.

Based on the Stipulation of the undersigned parties below, IT IS HEREBY ORDERED THAT  Plaintiffs may extend the time to file their response brief to the Motion from the 21 days from date of service provided in Local Rule 7.1(e)(1)(B), to 35 days from the date of service. Accordingly, Plaintiffs' Response Brief is due on October 23, 2017 (which is 35 days from September 18, 2017).    The court will extend a Reply due date to November 13, 2017.

SO ORDERED.

s/George Caram Steeh
Honorable George Caram Steeh
United States District Judge

Dated:  September 21, 2017

The undersigned stipulate to the entry of this order.

By: _____/s/ Kimberly M. Large_____
Daniel J. Broxup (P72868)
Kimberly M. Large (P70698)
MIKA MEYERS PLC
900 Monroe Avenue, NW
Grand Rapids, Michigan 49503
(616) 632-8000
dbroxup@mikameyers.com
klarge@mikameyers.com

By: ___/s/ Adam W. Wenner___"with permission"
Raymond W. Henney (P35860)
Adam W. Wenner (P75309)
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7410

rhenney@honigman.com
awenner@honigman.com